UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE LOCAL 806 STRUCTURAL
STEEL AND BRIDGE PAINTERS OF GREATER
NEW YORK EMPLOYEE TRUST FUNDS, et al.,

                        Plaintiffs,

             -against-

TWINS CONTRACTING LLC et al.,

                       Defendants.

TWINS CONTRACTING LLC et al.,

                   Third Party Plaintiffs,

             -against-

NUCO PAINTING CORP., et al.,

                  Third Party
                  Defendants.

25-CV-1857 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      As stated at the May 22, 2025 initial pre-trial conference before this Court, the parties,

having expressed an interest in a potential early resolution of this case, will be referred, by

separate order, to Magistrate Judge Reznik for a settlement conference. The settlement

conference shall only occur after counsel for Third Party Defendants Nuco Painting Corp. and

MTA Construction and Development Company have entered an appearance in this case. Counsel

for Nuco Painting Corp., who attended the May 22, 2025 initial pre-trial conference, shall file a

notice of appearance as soon as practicable, and in any event no later than **May 27, 2025**.

      Should the parties be unable to resolve this matter at the forthcoming settlement

conference, the parties are further ORDERED to submit a revised joint letter and case

management plan and scheduling order (as contemplated by the original IPTC order, *see* ECF

No. 11) **within one week** of any such settlement conference. If applicable, the Court will schedule another initial pre-trial conference, and set a briefing schedule for any intended dispositive motions, at that time.

Dated: May 22, 2025
       New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge