UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE LOCAL 806 STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS, et al.,

Plaintiffs,

-against-

TWINS CONTRACTING LLC and YVETTE PALERMO,

Defendants.

TWINS CONTRACTING LLC et al.,

Third Party Plaintiffs,

-against-

NUCO PAINTING CORP.,

Third Party Defendant.

25-CV-1857 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On March 25, 2026, the Court entered a Case Management Plan and Scheduling Order (CMP) for Plaintiffs and Defendants Twins Contracting LLC and Yvette Palermo. *See* ECF No. 55. The CMP set discovery between those parties to conclude on July 17, 2026, and directed them to submit a post-discovery joint status letter by July 24, 2026. To date, the Court has received no letter or other update regarding the conclusion of discovery. By August 4, 2026, Plaintiffs and Defendants Twins Contracting LLC and Yvette Palermo are required to file the joint letter required by Paragraph 13 of the CMP.

Dated: July 28, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge