UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE LOCAL 806 STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS, et al.,

Plaintiffs,

-against-

TWINS CONTRACTING LLC and YVETTE PALERMO,

Defendants.

TWINS CONTRACTING LLC et al.,

Third Party Plaintiffs,

-against-

NUCO PAINTING CORP.,

Third Party Defendant.

25-CV-1857 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

For reasons the Court will detail at the case management conference on September 3, 2026, the Court GRANTS the motion to dismiss by third-party defendant Nuco Painting Corporation ("Nuco"). *See* ECF No. 43. Nuco's counsel is permitted, but not required, to attend the conference, and the transcript from the conference will be available for Nuco to obtain after.

At that conference, the Court also intends to discuss with the remaining parties the conclusion of discovery, any potential dispositive motions, and the prospect of settlement. In light of the resolution of Nuco's motion, the Court encourages Plaintiffs and Defendants to discuss settlement again in advance of the conference.

The Clerk of Court is directed to terminate ECF No. 43.

Dated: August 10, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge